E-FILED
Friday, 16 July, 2010 09:31:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| CAROL S. FRANTZ, ) | |
|               Plaintiff, ) | |
| v. ) | |
| ) | Case No. 08-2273 |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
|              Defendant. ) | |

# ORDER

In January 2008, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Carol Sue Frantz's application for social security disability insurance benefits. The ALJ based his decision on findings that Plaintiff was able to perform her past relevant work and that, in the alternative, Plaintiff could perform a significant number of jobs available in the national economy.

In November 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, Commissioner of Social Security, seeking review of the ALJ's decision to deny Plaintiff social security benefits. In May 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#12). In July 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#16).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment or Remand (#12). Consistent with the Court's reasoning in the Order denying Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#16)**. This case is terminated.

ENTER this 16th day of July, 2010.

                                                                                          s/ DAVID G. BERNTHAL
                                                                                          U.S. MAGISTRATE JUDGE